UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AUDLEY REID,

                Petitioner,

     - against -

NINA REMEKIE,

                Respondent.

------------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY <u>RESTRAINING ORDER</u>**

No. 25-CV-0904 (RER) (JRC)

**RAMÓN E. REYES, JR., United States District Judge:**

Upon reading the Verified Petition for the Return of Children to Jamaica (ECF No. 1 ("the Petition")), the proposed motion for preliminary injunction (ECF No. 8), the affirmation of Clover Barrett, Esq. (ECF No. 8-1), the memorandum of law in support of the motion (ECF No. 8-2), and the sworn affidavit of Audley Reid ("Petitioner") (ECF No. 8-3), it is

ORDERED that the above-named respondent Nina Remekie ("Respondent") SHOW CAUSE before the Honorable Ramón E. Reyes, Jr., United States District Judge, on **March 3, 2025, at 11:00 a.m.**, in Courtroom 2E North of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, why the Court should not grant orders and judgment, as follows:

(a) Pursuant to the Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980, and the International Child Abduction Remedies Act (ICARA), 22 U.S.C. §§ 9001 *et seq.*, directing that the parties' minor children, A.A.F.R. and A.A.-A.R. (the "children"), be returned to Jamaica, on the grounds that (i) Respondent has wrongfully removed A.A.F.R. and A.A.-A.R. to the United States in violation of Petitioner's rights of custody,

and (ii) Jamaica is the state of habitual residence of A.A.F.R. and A.A.-A.R.; and

(b) Pursuant to ICARA, 22 U.S.C. § 9004, granting any and all appropriate provisional remedies, including surrender of any and all passports and other travel documents in the names of Respondent, A.A.F.R., and A.A.-A.R., pending determination of this action;

and it is further

ORDERED that pending the hearing on this Order to Show Cause, Respondent is enjoined from removing A.A.F.R. and A.A.-A.R. or causing the children to be removed from the Eastern District of New York and New York City; and it is further

ORDERED that Respondent bring any and all passports and other travel documents in the children's names to the Court for the March 3, 2025, show cause hearing; and it is further

ORDERED that Petitioner shall effectuate personal service of a copy of this Order, together with all other papers upon which it was brought, on Respondent **on or before February 21, 2025**, and that such service be deemed good and sufficient; and it is further

ORDERED that Respondent shall serve answering papers, if any, so as to be received by Petitioner's counsel and the Court **by February 28, 2025**. The Court strongly recommends that Respondent retain an attorney to answer this Order.

SO ORDERED.

/s/  Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: February 20, 2025
      Brooklyn, New York