UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
AUDLEY REID,

                Petitioner,

   -against-

NINA REMEKIE

                Respondent.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Index No.: 1:25-CV-00904

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }

COUNTY OF KINGS     }

STEPHEN GORDON, being duly sworn, deposes and says:

That I am over 18 years of age I reside in Brooklyn, New York and I am not a party to this proceeding. I am a paralegal in the office of Clover Barrett & Associates P.C, the attorney for the petitioner in the instant case.

On February 20, 2025, at approximately 7:30 p.m. I served the Court's Order to Show Cause and supporting documents as well as the Summons and Petition (collectively the Pleadings) in this case on the Respondent, Nina Remekie, by delivering a copy of the Pleadings to the Respondent.

At the time of service, the Respondent was standing in the doorway of 134-05 244th Street, Rosedale, New York 11422, accompanied by a man who identified himself as the Respondent's father and a woman who identified herself as the Respondent's mother. I recognized the Respondent from a picture that was provided to me by the Petitioner. While I was in the process of handing the Pleadings to the Respondent, the man who identified himself as the Respondent's father grabbed the Pleadings from me.

This service was carried out in the presence of Police Officer Castello, shield #25995, and Police Officer Saur, shield #22766.

Description of the individual served is as follows: **Female; Height 5'2"- 5'6"; Weight 145 - 160 lbs.; Age 30-35 yrs old; Dark Brown Skin; Black Hair.**

In addition to the foregoing on February 21, 2025, I emailed the Pleadings to the Respondent via her email at ninarem90@gmail.com and also mailed the Pleadings to Respondent via First Class Mail as to her address as follows:

Nina Remekie
134-05 244th Street
Rosedale, New York 11422.

STEPHEN GORDON

Sworn to before me on the
21st day of February, 2025

NOTARY PUBLIC

B. BELINDA GILLIS
Notary Public, State of New York
No. 01GI5052801
Qualified in Kings County   2025
Commission Expires December 04. 19__