UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No: 25-CV-0904 (RER)(JRC)
AUDLEY REID,

                                        Petitioner,   **NOTICE OF APPEARANCE**

        -against-

NINE REMEKIE,

                                        Respondent.
-------------------------------------------------------------------X

SIRS:

       **PLEASE TAKE NOTICE,** that the Respondent, NINA REMEKIE, hereby appears in the above-entitled action, and that the undersigned has been retained as attorneys for said Defendant and demands that any and all papers in this action be served upon the undersigned at the office address stated below.

Dated:   Garden City, New York
          February 28, 2025

                                                                                 BARROW LEVY PLLC

                                                                                _____
                                                                                By: Michael C. Barrows, Esq.
                                                                                *Attorneys for Respondent*
                                                                                100 Quentin Roosevelt Blvd, Suite 208
                                                                                Garden City, New York 11530
                                                                                T: (516) 744-1880
                                                                                F: (516) 744-1881
                                                                                mbarrows@barrowslevy.com

Bar Number: MB5416