# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**     **Courtroom 2E North**

**Date:** 3/3/2025          **Time in Court:** 11:00-11:20 AM

**Docket Number:** 25-cv-0904

**Case Title:** Reid v. Remekie

**Court Reporter:** Victoria Torres Butler      **FTR Log:** N/A

**Law Clerk:** EAH

**Petitioner represented by:** Clover M. Barrett

**Respondent represented by:** Michael C. Barrows

**Type of Hearing Held:** Show Cause Hearing for Preliminary Injunction

**Pending Motion:** Preliminary Injunction

**TEXT:**

Case called. Clover M. Barrett appeared on behalf of Petitioner; Michael C. Barrows appeared on behalf of Respondent. Discussions held. Respondent consents to entry of preliminary injunction enjoining the removal of the children from the District, surrender of children's passports, and prohibition on application for replacement passports. Formal order will be entered separately. Children's passports surrendered and will be placed in Clerk's Office. Parties directed to meet and confer and reach an agreement on the details of the petitioner's visitation of children. Case referred to Magistrate Judge Cho for supervision of discovery. Court will separately enter a trial scheduling order.