# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**     **Courtroom 2E North**

**Date:** 3/3/2025          **Time in Court:** 12:05-12:25 PM

**Docket Number:** 25-cv-0904

**Case Title:** Reid v. Remekie

**Court Reporter:** Victoria Torres Butler          **FTR Log:** N/A

**Law Clerk:** EAH

**Petitioner represented by:** Clover M. Barrett

**Respondent represented by:** Michael C. Barrows

**Type of Hearing Held:** Status Conference

**Pending Motion:** N/A

**TEXT:**

Case called. Clover M. Barrett appeared on behalf of Petitioner; Michael C. Barrows appeared on behalf of Respondent. Discussions held. Visitation schedule set as follows: Starting today, Petitioner may have one four-hour visitation per week with the children, to take place at Respondent's parents' home. At present, overnight visits and/or visits away from Respondent's parents' home are not permitted. The parties are directed to file under seal any documents that refer to the children's full names or dates of birth; any publicly available filings must refer to the children by their initials. The Court will file a discovery order by the end of the day, and the parties are directed to contact Judge Cho for discovery management or any discovery issues.  If the parties are interested in mediation in front of Judge Cho, they are directed to write a joint letter to the Court and Magistrate Judge Cho indicating their interest.