UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AUDLEY REID,

                Petitioner,

  - against -

NINA REMEKIE,

                Respondent.
-------------------------------------------------------------X

**CONSENT PRELIMINARY INJUNCTION ORDER**

No. 25-CV-0904 (RER) (JRC)

**RAMÓN E. REYES, JR., United States District Judge:**

      Upon consent of Respondent Nina Remekie ("Respondent"), and pursuant to Rule 65 of the Federal Rules of Civil Procedure, Respondent is enjoined from removing minor children A.A.F.R. and A.A.-A.R. from the Eastern District of New York or causing them to be so removed. The U.S. and Jamaican passports of A.A.F.R. and A.A.-A.R., which Respondent surrendered to the Court at the show cause hearing on March 3, 2025, shall remain in the custody of the Clerk of Court for the Eastern District of New York pending final resolution. Respondent is further enjoined from applying for or obtaining, or causing to be obtained, replacement passports for either child. This preliminary injunction shall remain in effect until the Court's final resolution of this matter on the merits.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: March 3, 2025
       Brooklyn, New York