▓AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District     **District of**     New York

| | |
|---|---|
| AUDLEY REID <br> Plaintiff(s), <br> V. <br> NINA REMEKIE <br> Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 1:25-cv-00904 |

Notice is hereby given that, subject to approval by the court, __Audley Reid__ substitutes
(Party (s) Name)

__Richard Min__, State Bar No. __4580858__ as counsel of record in
(Name of New Attorney)

place of __Clover Barrett__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Green Kaminer Min & Rockmore LLP

    Address:     420 Lexington Avenue, Suite 2821, New York, NY 10170

    Telephone:     (212) 681-6400     Facsimile     (212) 681-6999

    E-Mail (Optional):     rmin@gkmrlaw.com

I consent to the above substitution.
Date: __13.03.2025__
                                             (Signature of Party (s))

I consent to being substituted.
Date: __3/12/2025__
                                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __3/12/2025__
                                             *Richard Min*
                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____         _____
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]