# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Audley Reid | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00904-RER-JRC |
| Nina Remekie | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Audley Reid - Petitioner.

Date: 03/14/2025

*Michael Banuchis*
*Attorney's signature*

Michael Banuchis (MB5251)
*Printed name and bar number*

Green Kaminer Min & Rockmore LLP
420 Lexington Ave. Ste. 2821
New York, NY 10170
*Address*

mbanuchis@gkmrlaw.com
*E-mail address*

(212) 681-6400
*Telephone number*

(212) 681-6999
*FAX number*