UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
_____
In the Matter of A.A.F.R. and A.A.A.R.   )
                                         )
AUDLEY REID                              )      Case No. 1:25-cv-00904
                                         )
                 Petitioner,             )
                                         )      AMENDED PRETRIAL
vs.                                      )      SCHEDULING ORDER
                                         )
NINA REMEKIE,                            )
                                         )
                 Respondent.             )
_____      )
```

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 et seq.**

Before the Court is the Verified Petition for the Return of the Children to Jamaica (the "Petition") filed by the Petitioner, Audley Reid (the "Petitioner"), against the Respondent, Nina Remekie (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") [ECF No. 1]. On March 3, 2025, the Court issued a Discovery and Trial Management Order. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

**ORDERED**, that the evidentiary hearing currently scheduled for April 30 and May 1, 2025, at 10:00 AM in Courtroom 2E North before Judge Ramón E. Reyes, Jr., is postponed to and shall now be rescheduled to <u>May 1 and 2, 2025, at 10:00 AM in Courtroom 2E North</u>; and it is further

**ORDERED,** that the parties shall exchange Initial Expert Disclosures pursuant to Rule 26(a)(2), including reports, no later than March 28, 2025; and it is further

**ORDERED,** that the parties shall provide full and complete Rebuttal Expert Disclosures, including reports, no later than April 11, 2025; and it is further

**ORDERED**, that either party may engage his or her experts to evaluate the parties and the children in accordance with the claims and defenses made in this proceeding; and it is further

**ORDERED,** that although the Court discourages the parties from filing any summary judgment motions, any such motions must be filed by April 4, 2025, oppositions thereto must be filed by April 10, 2025; and it is further

**ORDERED**, by April 25, 2025, the parties must file (1) a statement of any stipulated facts and issues, and (2) a joint list of (a) trial witnesses (with a brief narrative statement of the expected testimony of each witness) and (b) exhibits to be offered into evidence (with a one-sentence description of each exhibit, and the basis for any objections to the admissibility of any exhibits); and it is further

**ORDERED**, that on the first day of trial the parties must provide the Court with three courtesy copies of all pre-marked trial exhibits.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2025.
Brooklyn, NY

BY THE COURT:

/s/ Ramón E. Reyes, Jr.
_____
Hon. Ramón E. Reyes, Jr.
United States District Judge

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

By: /s/ Richard Min  
Richard Min  
Michael Banuchis  
Green Kaminer Min & Rockmore LLP  
420 Lexington Avenue, Suite 2821  
New York, New York 10170  
Telephone: 212-681-6400  
Facsimile: 212-681-6999  
Email: rmin@gkmrlaw.com  

*Attorneys for Petitioner*  
Audley Reid

By: /s/Michael Barrows  
Michael C Barrows  
Barrows Levy PLLC  
100 Quentin Roosevelt Avenue  
Garden City, NY 11596  
Email: michael@barrowslaw.com  

*Attorneys for Respondent*  
Nina Remekie