# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

March 28, 2025

**VIA ECF FILING**

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  *Re*: *Reid v. Remekie*
    Case No. 1:25-cv-00904-RER-JRC

Dear Judge Reyes:

  This firm represents Petitioner in the above captioned proceeding. We write the Court to advise of a visitation dispute. While the parties had agreed to supervised visits for Petitioner utilizing a third-party supervisor, after Petitioner secured a qualified supervisor, Respondent advised that she will not consent to supervisor selected by Petitioner. Respondent offers no reasonable basis for objecting to the supervisor.

  For context, on March 3, 2025, this Court issued an order granting Petitioner one four hour visitation per week with the children, to take place at Respondent's parents' home. The order did not permit overnight visits or visits outside of Respondent's parents' residence. ECF No. 15. To date, Petitioner has exercised two visitations, traveling from Jamaica to New York to see his children.

  Upon retaining this firm, Petitioner advised that during visitation, the maternal grandparents, as well as Respondent's father's friend and part-time employee, would watch and intimidate him, making his time with the children uncomfortable. In an effort to ensure a neutral and constructive visitation environment, Petitioner sought to retain a third-party supervisor.

  On Wednesday, March 19, 2025, Petitioner's counsel emailed Respondent's counsel requesting consent for Petitioner to retain a professional supervisor during visitation. A copy of the email is attached hereto as **Exhibit A** at 2.

  On Friday, March 21, 2025, Respondent's counsel responded, confirming that Respondent consented to the use of a professional supervisor. *See* **Exhibit A** at 1.

  Petitioner's counsel then began reaching out to qualified professional supervisors. After considerable effort to find a qualified supervisor with availability, Petitioner retained Dr. Ellen Weld. Dr. Weld is a Clinical Psychologist specializing in forensic evaluations and therapeutic

visitation pertaining to custody/visitation matters in the Family Court and Supreme Court. Dr. Weld obtained a Ph.D. in Clinical Psychology from New York University in 1999 and subsequently obtained her New York State Psychology License in 2000. Dr. Weld also obtained a B.A. in Music at Williams College followed by Post-Baccalaureate work in Psychology from Yale University. A copy of Dr. Weld's CV is annexed hereto as **Exhibit D.** She confirmed her availability to begin supervision for the upcoming weekend, March 29 and 30, 2025.

On Tuesday, March 25, 2025, Petitioner's counsel informed Respondent's counsel that Dr. Weld was available to begin supervising the visits this weekend. A copy of the email is attached hereto as **Exhibit B**. After receiving no response, Petitioner's counsel followed up on Wednesday, March 26, 2025, and again on Thursday, March 27, 2025, confirming the agreed-upon visitation dates and notifying Mr. Barrows that Dr. Weld was available. A copy of that email is attached hereto as **Exhibit C** at 3. Petitioner's counsel also offered to arrange a meeting between Dr. Weld and Respondent before the visitation to ensure transparency and cooperation. *See Id.*

On Thursday, March 27, 2025, at 7:23 pm, Respondent's counsel responded, stating that he did not consent to Dr. Weld's appointment as a supervisor. He specifically objected on the basis that Dr. Weld is best known as a forensic expert witness in child custody cases, particularly those involving parental alienation, and questioned why she was selected over an agency or a social worker. *See id.* at 2. Notably, Respondent does not claim that Dr. Weld is unqualified.

Respondent attempted to get Petitioner to agree to waive the right to call Dr. Weld as an expert. *See id.* At 8:07 pm, we responded, confirming that while Petitioner will not waive his right to call Dr. Weld as a witness in her capacity as a supervisor, he will not be calling her as a forensic expert witness. *See id.* at 1. At 8:11pm, Respondent reaffirmed that he did not consent to Dr. Weld as a supervisor. *See id.*

Respondent's position is unreasonable and is effectively obstructing Petitioner from having access with his children. There is no reasonable basis for Respondent to object to Dr. Weld. She is both credentialed and available, with considerable experience in cases involving children. Petitioner's next scheduled visits are for this Saturday and Sunday, March 28th and 29th.

Given the foregoing, Petitioner respectfully seeks the Court's intervention to ensure that visitation proceeds with Dr. Weld.

Truly Yours,

*/s/Richard Min*
Richard Min
Green Kaminer Min & Rockmore, LLP
420 Lexington Avenue, Suite 2821
New York, NY 10170

*Attorneys for Petitioner*
Audley Reid

# EXHIBIT A

 **Outlook**

---

**RE: Audley Reid v. Nina Remekie**

---

**From** Michael Barrows <mbarrows@barrowslevy.com>
**Date** Fri 3/21/2025 1:02 PM
**To** Holly McHale <HMcHale@gkmrlaw.com>; Doreen Delise <ddelise@barrowslevy.com>; Camilla Redmond <credmond@gkmrlaw.com>
**Cc** Richard Min <rmin@gkmrlaw.com>

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I spoke to my client. So long as the agency is in close proximity to my clients home, that would be fine.



**Michael C. Barrows | Managing Partner**
*BARROWS LEVY PLLC*

100 Quentin Roosevelt Blvd., Suite 208
Garden City, New York 11530

516-744-1880 | 516-744-1881

mbarrows@barrowslevy.com

www.barrowslevy.com

   

 

This e-mail communication (including any attachments) may contain legally privileged and/or confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited. If you are a client of the firm, please maintain the confidentiality of this email and its contents to protect your privilege.

Please be advised that in the absence of a signed retainer agreement or letter of engagement between the recipient hereof and the sender, nothing in this email shall constitute the giving of legal advice or the formation of an attorney-client relationship.

**From:** Holly McHale <HMcHale@gkmrlaw.com>
**Sent:** Wednesday, March 19, 2025 2:03 PM
**To:** Doreen Delise <ddelise@barrowslevy.com>; Camilla Redmond <credmond@gkmrlaw.com>
**Cc:** Michael Barrows <mbarrows@barrowslevy.com>; Richard Min <rmin@gkmrlaw.com>
**Subject:** Re: Audley Reid v. Nina Remekie

Dear Counsel,

I hope this email finds you well. I am reaching out to request that Mr. Reid's court-ordered visitation be supervised by a professional visitation agency instead of by your client's family members. Mr. Reid would arrange for a supervisor, cover the associated costs, and provide the supervisor's information to Ms. Remekie prior to the visitation.

Please advise whether Ms. Remekie consents to this arrangement.

Best regards,

Holly

**Holly McHale | Green Kaminer Min & Rockmore LLP**
420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|F: 212.681.6999

hmchale@gkmrlaw.com |www.gkmrlaw.com

**ATTENTION:**

This electronic message transmission contains information from a law firm which may be confidential or privileged.  This information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  You should delete the message and attachments without printing, copying, forwarding or saving them.  If you have received this electronic transmission in error, please notify the sender immediately.

Disclosure under IRS Circular 230: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and may not be used, for the purpose of avoiding tax-related penalties under federal, state or local tax law or promoting, marketing or recommending to another party any transaction or matter addressed therein.

**From:** Doreen Delise <ddelise@barrowslevy.com>
**Sent:** Friday, March 14, 2025 3:53 PM
**To:** Camilla Redmond <credmond@gkmrlaw.com>
**Cc:** Michael Barrows <mbarrows@barrowslevy.com>; Richard Min <rmin@gkmrlaw.com>; Holly McHale <HMcHale@gkmrlaw.com>
**Subject:** Audley Reid v. Nina Remekie

# EXHIBIT B

 Outlook

### Re: Audley Reid v. Nina Remekie

**From** Holly McHale <HMcHale@gkmrlaw.com>
**Date** Tue 3/25/2025 3:43 PM
**To**   Michael Barrows <mbarrows@barrowslevy.com>; Camilla Redmond <credmond@gkmrlaw.com>; Jeffrey Spinner <jspinner@barrowslevy.com>; Doreen Delise <ddelise@barrowslevy.com>
**Cc**   Richard Min <rmin@gkmrlaw.com>

Dear Counsel,

I am reaching out regarding supervised visitation. We have spoken with Dr. Ellen Weld, a clinical psychologist, who is available to begin supervision this weekend. With your client's consent, we will proceed with confirming Dr. Weld's availability.

Additionally, we seek consent for Mr. Reid to have a four-hour visitation on both Saturday, March 29th, and Sunday, March 30th, to compensate for previously missed visits.

Please let us know at your earliest convenience whether Ms. Remekie consents. Thank you.

Best,
Holly.

**Holly McHale | Green Kaminer Min & Rockmore LLP**
420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|F: 212.681.6999
hmchale@gkmrlaw.com |www.gkmrlaw.com
_____

**ATTENTION:**
This electronic message transmission contains information from a law firm which may be confidential or privileged.  This information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  You should delete the message and attachments without printing, copying, forwarding or saving them.  If you have received this electronic transmission in error, please notify the sender immediately.
Disclosure under IRS Circular 230: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and may not be used, for the purpose of avoiding tax-related penalties under federal, state or local tax law or promoting, marketing or recommending to another party any transaction or matter addressed therein.

**From:** Michael Barrows <mbarrows@barrowslevy.com>
**Sent:** Tuesday, March 25, 2025 12:16 PM
**To:** Camilla Redmond <credmond@gkmrlaw.com>; Holly McHale <HMcHale@gkmrlaw.com>; Jeffrey Spinner <jspinner@barrowslevy.com>; Doreen Delise <ddelise@barrowslevy.com>

# EXHIBIT C

 Outlook

Re: Audley Reid v. Nina Remekie

**From** Michael Barrows <mbarrows@barrowslevy.com>
**Date** Thu 3/27/2025 8:11 PM
**To** Richard Min <rmin@gkmrlaw.com>
**Cc** Holly McHale <HMcHale@gkmrlaw.com>; Doreen Delise <ddelise@barrowslevy.com>; Camilla Redmond <credmond@gkmrlaw.com>; Michael Banuchis <MBanuchis@gkmrlaw.com>

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We don't agree. The status quo will remain as is. We agreed to change the supervision terms as a courtesy to your client. Your client has and continues to have access. In fact, my client has even offered additional visits over and above the Court order. There are plenty of supervisors in Queens.

**Michael C. Barrows | Managing Partner**
*BARROWS LEVY PLLC*
100 Quentin Roosevelt Blvd., Suite 208
Garden City, New York 11530
P: 516-744-1880 | F: 516-744-1881
E: mbarrows@barrowslevy.com
W: www.barrowslevy.com

**PLEASE NOTE OUR NEW SUITE NUMBER IS 208**

Sent from I-phone. Sorry for any typographical errors.

> On Mar 27, 2025, at 8:07 PM, Richard Min <rmin@gkmrlaw.com> wrote:
>
> Michael,
>
> The choice of Dr. Weld was a result of a process of elimination and contacting dozens of potential supervisors. However, given that any expert in this case would or should have access to observing the children anyway, I am not sure what the issue is. She is not being retained as an expert forensic evaluator. She is being retained as a supervisor. We do not waive any rights to call her as a witness but that is not the intention.
>
> If you do not agree after initialing agreeing to a supervisor, we will raise this issue with the court to ensure our client can have proper access to his children. Please advise asap.
>
> Best,

**Richard Min|Green Kaminer Min & Rockmore LLP**
420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|D: 212.257.1944|F: 212.681.6999
rmin@gkmrlaw.com|www.gkmrlaw.com
Fellow of the International Academy of Family Lawyers

**ATTENTION:**
This electronic message transmission contains information from a law firm which may be confidential or privileged.  This information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  You should delete the message and attachments without printing, copying, forwarding or saving them.  If you have received this electronic transmission in error, please notify the sender immediately.
Disclosure under IRS Circular 230: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and may not be used, for the purpose of avoiding tax-related penalties under federal, state or local tax law or promoting, marketing or recommending to another party any transaction or matter addressed therein.

**From:** Michael Barrows <mbarrows@barrowslevy.com>
**Sent:** Thursday, March 27, 2025 7:23 PM
**To:** Holly McHale <HMcHale@gkmrlaw.com>
**Cc:** Doreen Delise <ddelise@barrowslevy.com>; Camilla Redmond <credmond@gkmrlaw.com>; Richard Min <rmin@gkmrlaw.com>; Michael Banuchis <MBanuchis@gkmrlaw.com>
**Subject:** Re: Audley Reid v. Nina Remekie

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Holly.

We do not consent to Dr. Weld as a supervisor.  She is best known as a forensic expert witness who offers testimony in child custody cased, especially those involving parental alienation. As such, it seems rather curious that you would choose her to supervise the children rather than an agency or a social worker.

If you stipulate not to call her as a witness, expert or otherwise, that would certainly allay any concern I have with your selection.

**Michael C. Barrows | Managing Partner**
***BARROWS LEVY PLLC***
100 Quentin Roosevelt Blvd., Suite 208
Garden City, New York 11530
P: 516-744-1880 | F: 516-744-1881
E: mbarrows@barrowslevy.com
W: www.barrowslevy.com

**PLEASE NOTE OUR NEW SUITE NUMBER IS 208**

Sent from I-phone. Sorry for any typographical errors.

On Mar 27, 2025, at 3:10 PM, Holly McHale <HMcHale@gkmrlaw.com> wrote:

Dear Counsel,

I am following up on the information below. Our client has informed us that the parties have agreed that Mr. Reid will have visitation this Saturday (29th) at 11am and Sunday (30th) at 2pm, for four hours each day.

Further, we write to confirm that Mr. Reid has secured a supervision for the above visitation, namely Dr. Ellen Weld. Dr. Weld is amenable to speaking with your client to get acquainted prior to this weekend's visitation.

We look forward to hearing from you.

Kind Regards,
Holly


**Holly McHale | Green Kaminer Min & Rockmore LLP**

420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|F: 212.681.6999

hmchale@gkmrlaw.com |www.gkmrlaw.com

**ATTENTION:**

This electronic message transmission contains information from a law firm which may be confidential or privileged. This information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. You should delete the message and attachments without printing, copying, forwarding or saving them. If you have received this electronic transmission in error, please notify the sender immediately.

Disclosure under IRS Circular 230: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and may not be used, for the purpose of avoiding tax-related penalties under federal, state or local tax law or promoting, marketing or recommending to another party any transaction or matter addressed therein.

# EXHIBIT D

# Ellen C. Weld, Ph.D.
NYS Licensed Psychologist
71-58 Austin Street, Suite 208
Forest Hills, NY 11375

Phone (917) 554-7295         ellencweldphd@gmail.com

---

| | | |
|---|---|---|
| **Education** | **Ph.D. in Clinical Psychology**<br>New York University<br>New York, NY | **Sept 1991-Sept 1999** |
| | **New York State License obtained August 2000** | |
| | **Post-Baccalaureate Coursework<br>  in Psychology**<br>Yale University<br>New Haven, CT | **Sept 1988-<br>May 1991** |
| | **Bachelor of Arts, Music<br>Magna Cum Laude**<br>Williams College<br>Williamstown, MA | **Sept 1984-<br>May 1988** |
| **Professional<br>Experience** | **Mental Health Professionals Panel<br>NYS Supreme Court Appellate Division<br>First and Second Departments**<br>Conduct child custody/visitation forensic<br>evaluations and therapeutic visitation<br>for Queens, Bronx, Nassau, New York,<br>Kings, Richmond County<br>Family and Supreme Court | **Sept 2004-present** |
| | **Staff Psychologist<br>The Supportive Care<br>Various locations in NYC area**<br>Conduct psychotherapy and psychological<br>evaluations for residents of nursing facilities. | **June 2020-June 2022** |
| | **Clinical Psychologist, Bilingual<br>St. Dominic's Family Services<br>Bronx, NY**<br>Conduct psychological evaluations for<br>children in foster care, Conduct child and<br>family psychotherapy, Intakes, Facilitate foster<br>parent trainings, Supervise staff. | **May 2001-July 2021<br>April 2023-present** |

Ellen C. Weld, PhD  
C.V.  
2

| **Professional Experience Continued** | **Licensed Psychologist**<br>**Kingsboro Psychiatric Center**<br>**(NYS Office of Mental Health)**<br>**Brooklyn, NY**<br>Provided psychotherapy and psychological evaluations for individuals with severe and persistent mental illness, many with diagnosis of schizophrenia. Individuals served include sex offenders, individuals mandated to receive treatment due to criminal involvement. | Aug 2016-April 2017 |
| --- | --- | --- |
| | **Staff Psychologist**<br>**CHE Psychological Svcs**<br>**Brooklyn, NY**<br>Conduct psychotherapy and psychological evaluations for residents of nursing facilities. | Feb 2012-Feb 2016 |
| | **Supervising Psychologist**<br>**Karen Horney Clinic**<br>**New York, NY**<br>Supervise post-doctoral fellows on adult and child psychotherapy cases. | Sept. 2013-Sept. 2014 |
| | **Psychologist**<br>**New Millenium Psychological Svcs**<br>**Brooklyn, NY**<br>Conducted psychological evaluations and psychotherapy with individuals experiencing trauma-based symptoms. | Feb-Dec 2011 |
| | **Clinical Director**<br>**Hope for Youth**<br>**Amityville, NY**<br>Performed court-mandated psychological evaluations and psychotherapy for children and adolescents placed in residential facilities and foster homes. Supervised staff. | Nov 2001-Jan 2012 |

Ellen C. Weld, PhD  3
C.V.

| | | |
|---|---|---|
| **Professional Experience Continued** | **Bilingual Evaluator**<br>St. Christopher, Inc.<br>Bronx, NY<br>Conducted psychological evaluations for foster children placed in foster care in Spanish and English. | **Sept 1998-Nov 2001** |
| | **Clinical Diagnostician**<br>Mt. Sinai Hospital<br>New York, NY<br>Conducted adult diagnostic interviews for research studies on Mood and Personality Disorders. | **Sept 1994-Nov 2001** |
| | **Adjunct Professor**<br>Rutgers University<br>Newark, NJ<br>Taught Abnormal & Clinical Psychology. | **Sept 1995-Dec 1997** |
| | **Research Assistant**<br>Yale University Dept. of Psychology<br>New Haven, CT<br>Collected data, assisted with data analysis, interviewed children and residents of hospitals for studies on premorbid functioning/development. | **Sept 1990-Sept 1991** |
| | **Substance Abuse Assistant**<br>APT Foundation<br>New Haven, CT<br>Interviewed participants in methadone maintenance program, assisted in case management/ data collection. | **Sept 1989-Sept 1990** |
| | **Psychiatric Assistant**<br>Yale Psychiatric Institute<br>New Haven, CT<br>Assisted in daily milieu therapy, facilitated group therapies for adolescents residing on inpatient unit. | **Sept 1988-Sept 1989** |

Ellen C. Weld, PhD  4
C.V.

| | | |
|---|---|---|
| Publications | David P. Bernstein, Chrysoula Kasapis, Andrea Bergman, Ellen Weld, Vivian Mitropoulou, Thomas Horvath, Howard M. Klar, Jeremy Silverman, and Larry J. Siever (1997). Assessing Axis II Disorders by Informant Interview. Journal of Personality Disorders: Vol. 11, No. 2, pp. 158-167. | |
| Awards received | Lloyd Silverman Dissertation Award<br>New York University | 2000 |
| | Outstanding Teaching Assistant Award<br>New York University | 1994 |
| | Shirley Stanton Music Award<br>Williams College | 1988 |
| Languages | Spanish and English | |