# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 3/28/2025  **Time in Court:** 3:30 – 3:53pm

**Docket Number:** 25-cv-0904

**Case Title:** *Reid v. Remekie*

**Court Reporter:** N/A  **FTR Log:** Webex Audio

**Law Clerk:** EAH

**Petitioner represented by:** Michael Banuchis

**Respondent represented by:** Michael Barrows

**Type of Hearing Held:** Status Conference

**Pending Motion(s):** Petitioner's Letter re: premotion conference (ECF No. 27)

**TEXT:**

Case called. Discussions held. Dr. Ellen Weld is permitted to supervise Petitioner's visits with the children this weekend on 3/29 and 3/30. Petitioner is directed to instruct Dr. Weld that she may not interview the children or engage in any activities that a forensic psychiatrist would in a similar case. Additionally, for the reasons set forth on the record, the Court DENIES Petitioner's Letter *re: premotion conference* (ECF No. [27]) and will entertain no motions to strike affirmative defenses in Respondent's answer.