UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of A.A.F.R. and A.A.A.R.<br><br>AUDLEY REID<br>      Petitioner,<br><br>vs.<br><br>NINA REMEKIE<br>      Respondent. | No. 1:25-cv-00904<br><br>**SO-ORDERED**<br>**STIPULATION FOR**<br>**REMOTE TESTIMONY** |

   Before the Court is the Verified Petition for the Return of the Children to Jamaica (the "Petition") filed by the Petitioner, Audley Reid (the "Petitioner"), against the Respondent, Nina Remekie (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") (ECF No. 1). Trial in this matter is scheduled for May 1 and 2, 2025 (ECF No. 26). Some of the parties' witnesses are currently residing in Jamaica and may be unable to attend the evidentiary hearing in person for the above-captioned case. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

   1.  **ORDERED,** that each of Petitioner's non-party fact witnesses and expert witnesses that are unable to appear in person at trial in this matter can appear virtually through a video conferencing system selected by the Court; and it is further

   2.  **ORDERED,** that each of Respondent's non-party fact witnesses and expert witnesses that are unable to appear in person at trial in this matter can appear virtually through a video conferencing system selected by the Court.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2025.

BY THE COURT:

/s/ Ramón E. Reyes, Jr.
_____
Hon. Ramón E. Reyes, Jr.
United States District Judge

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

By: /s/ Richard Min
Richard Min
Michael Banuchis
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Facsimile: 212-681-6999
Email: rmin@gkmrlaw.com

*Attorneys for Petitioner*
Audley Reid

By: /s/Michael Barrows
Michael C Barrows
Barrows Levy PLLC
100 Quentin Roosevelt Avenue
Garden City, NY 11596
Email: michael@barrowslaw.com

*Attorneys for Respondent*
Nina Remekie